■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GREGORY GOODWINE, Appellant. [901 NYS2d 869]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated July 10, 1995 (*People v Goodwine*, 217 AD2d 590 [1995]), affirming three judgments of the County Court, Westchester County, all rendered October 3, 1994.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Prudenti, P.J., Mastro, Rivera and Skelos, JJ., concur.